ORTHOARM, INC. and G.A.C. International, Inc., Plaintiffs–Appellants,

v.

FORESTADENT USA, INC. and Dyna Flex, Ltd., Defendants–Appellees.

No. 2009–1159.

United States Court of Appeals, Federal Circuit.

July 7, 2009.

Keith J. Grady, Polsinelli Shughart PC, St. Louis, MO, argued for plaintiffs-appellants. With him on the brief were Graham L.W. Day and John M. Challis.

Frederick L. Whitmer, Kilpatrick Stockton LLP, New York, NY, argued for defendants-appellees.

Before MICHEL, Chief Judge, RADER and PROST, Circuit Judges.

PER CURIAM.

AFFIRMED. See Fed. Cir. R. 36.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Dan C. BOECHLER, Petitioner,

v.

DEPARTMENT OF the INTERIOR, Respondent.

Nos. 2009–3001, 2009–3002, 2009–3003.

United States Court of Appeals, Federal Circuit.

July 7, 2009.

David C. Thompson, David C. Thompson, P.C., of Grand Forks, ND, argued for petitioner.

Scott D. Austin, Senior Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With him on the brief were Michael F. Hertz, Acting Assistant Attorney General, Jeanne E. Davidson, Director, and Todd M. Hughes, Deputy Director.

Before MICHEL, Chief Judge, RADER and PROST, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. See Fed. Cir. R. 36.